379 A.2d 576

Commonwealth v. Banks, Appellant.

Submitted October 8, 1976. Michael P. Bolno and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; Thomas

Benjamin Miller, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.